JOHN S. DRAKE, Appellant, *v.* JAMES E. GAFFNEY et al., Defendants, and GRACE WIRE, Respondent.

*Drake* v. *Gaffney*, 183 App. Div. 577, affirmed.

(Submitted March 11, 1920; decided April 13, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered July 12, 1918, in so far as it affirmed a judgment in favor of defendant respondent, entered upon a decision of the court on trial at Special Term in an action to compel specific performance of a contract for the purchase by the defendants from the plaintiff of twenty-three acres of salt meadow on Staten Island. The defendant Grace Wire interposed a counterclaim for the sum of $7,500, paid by her to the plaintiff to maintain an option to purchase the property, and for the sum of $469.75 alleged in the answer to have been paid by her as expenses in connection with the examination of title. The trial court denied the plaintiff's prayer for specific performance and granted to the defendant Wire recovery of the above-mentioned sums, also imposing an equitable lien upon the property for the payment of the said option money.

*Charles E. Hughes, Jr.,* and *Allen S. Hubbard* for appellant.

*Frederick T. Kelsey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO and CRANE, JJ. Dissenting: COLLIN, POUND and ANDREWS, JJ.